**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**JAMES ARCHEY, individually and on behalf of all others similarity situated,**

**Plaintiff,**

**v.** **Case No. 4:24-cv-483-AW-MAF**

**DATAMAXX APPLIED TECHNOLOGIES, INC.,**

**Defendant.**

_________________________________/

**ORDER CLOSING THE FILE**

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 9. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on February 12, 2025.

s/ *Allen Winsor*
United States District Judge